**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICKY LAMAR PERRY and TERRI
KIMBROUGH-PERRY,

    Plaintiffs,

v.                                       Case No. 04-CV-72605-DT

LIFE TIME FITNESS, INC. d/b/a LIFE TIME
FITNESS,

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's June 8, 2005 "Opinion and Order Granting Defendant's Motion For Summary Judgment," in which the court entered judgment for Defendant,

IT IS ORDERED that Judgment is entered in favor of Defendant Life Time Fitness and against Plaintiffs Ricky Lamar Perry and Terri Kimbrough-Perry. Dated at Detroit, Michigan, this _8_ day of June 2005.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                    BY:_s/Lisa G. Teets_____
                                                        Lisa Teets, Deputy Clerk
                                                        and Case Manager to
                                                         Judge Robert H. Cleland